# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANCISCO AVALOS, | No. CV 15-7211-JAK (PLA) |
|     Petitioner, | **JUDGMENT** |
|   v. | |
| C.E. DUCART, | |
|     Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 21, 2016

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE